UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-81178-MIDDLEBROOKS

NATIONAL LABORATORIES, LLC,
THE LUKENS INSTITUTE, LLC,
TREASURE COAST RECOVERY, LLC,

    Plaintiffs,

v.

**UNSEALED ORDER**

UNITED HEALTHCARE GROUP, INC.,
UNITED HEALTHCARE SERVICES, INC.,
UNITED HEALTHCARE INSURANCE
COMPANY, UNITED HEALTHCARE
SERVICES LLC, OPTUM, and
GOLDEN RULE INSURANCE COMPANY,

    Defendants.
_____/

## ORDER GRANTING UNOPPOSED MOTIONS TO SEAL

THIS CAUSE comes before the Court on three unopposed motions to submit filings under seal. (DE 148, 157, 168). For reasons stated below, Defendants' Motions are granted.

"Unless otherwise provided by law, Court rule or Court order, proceedings in the United States District Court are public and Court filings are matters of public record." S.D. Fla. L.R. 5.4(a). It is clearly established that the general public possesses a common-law right to access judicial records and that judicial records are presumed to be public documents. *See Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978); *see also Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1311 (11th Cir. 2001). Judicial records are presumed to be public documents because "[o]nce a matter is brought before a court for resolution, it is no longer solely the parties' case, but also the public's case." *See Brown v. Advantage Eng'g, Inc.*, 960 F.2d 1013, 1016 (11th Cir. 1992). "The common law right of access may be overcome by a showing of good cause, which requires 'balanc[ing] the asserted right of access against the other party's interest in keeping the

information confidential.'" *Romero v. Drummond Co., Inc.*, 480 F.3d 1234, 1246 (11th Cir. 2007) (quoting *Chicago Tribune*, 263 F.3d at 1309).

Defendants move to file under seal the following: an Unredacted Motion for Expedited *In Camera* Review, a Non-Redacted Amended Counterclaim, certain exhibits attached to the Amended Counterclaim, and a transcript and video of deposition of Chuck Campagna, which is apparently relevant to its Motion for Expedited *In Camera* Review. Defendants argue that each of these filings contain individually identifiable health information protected by HIPAA. I find that Defendants' interest in keeping this sensitive information confidential outweighs the right of access. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

1. Defendants' Motions (DE 148) (DE 157) (DE 168) are **GRANTED.**
2. Defendants may file an unredacted Motion for Expedited *In Camera* Review, which will be kept under **SEAL PERMANENTLY**.
3. Defendants may file a Non-Redacted Amended Counterclaim as well as the exhibits identified in its Motion (DE 157) under **SEAL PERMANENTLY**.
4. Defendants may file the transcript and video of deposition of Chuck Campagna under **SEAL PERMANENTLY**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 26 day of June, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record